Name and address:
Jay P. Warren
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION<br><br>Plaintiff(s)<br>v.<br>SPECIALTY MEATS, INC.; JAFACO HOLDING, INC.; DOES 1 through 10,<br><br>Defendant(s). | CASE NUMBER<br><br>13-01995-MMM-PJW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Warren, Jay P.    of    Bryan Cave LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1290 Avenue of the Americas
                                                                New York, New York 10104

212-541-2000    212-541-4630
*Telephone Number*    *Fax Number*

jpwarren@bryancave.com
*E-Mail Address*    *Firm Name & Address*

for permission to appear and participate in this case on behalf of

Specialty Meats, Inc. and Jafaco Holding, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    ☒ Defendant    ☐ Other: _____

and designating as Local Counsel

Boyd, Candace F.    of    Bryan Cave LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    3161 Michelson Drive, Suite 1500
                                                                Irvine, California 92612

246289    949-223-7000
*Designee's Cal. Bar Number*    *Telephone Number*

    949-223-7100
    *Fax Number*    *Firm Name & Address*

    candice.boyd@bryancave.com
    *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____    _____
                              **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1