Jay P. Warren
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION<br><br>Plaintiff(s)<br>v.<br>SPECIALITY MEATS, INC.; JAFACO HOLDING, INC.; DOES 1 through 10,<br><br>Defendant(s). | CASE NUMBER<br><br>13-cv-01995-MMM-PJWx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Warren, Jay P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 541-2000        (212) 541-4630
*Telephone Number        Fax Number*

jpwarren@bryancave.com
*E-Mail Address*

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Speciality Meats, Inc. and Jafaco Holding, Inc.

*Name(s) of Party(ies) Represented*   __Plaintiff  X  Defendant   ___Other:_____

**and designating as Local Counsel**

Boyd, Candice F.
*Designee's Name (Last Name, First Name & Middle Initial)*

246289              (949) 223-7000
*Designee's Cal. Bar Number   Telephone Number*

(949) 223-7100
*Fax Number*

of  Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612

*Firm Name & Address*

Candice.boyd@bryancave.com
*E-Mail Address*

**hereby ORDERS the Application be:**

__X__ **GRANTED**.

**Dated June 5, 2013**

*/s/ Margaret M. Morrow*
U.S. District Judge/U.S. Magistrate Judge