Jay P. Warren Appearing Pro Hac Vice
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 541-2000   Fax: (212) 541-4630

Julie E. Patterson, SBN 167326
Candice F. Boyd, SBN 246289
BRYAN CAVE LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Tel:  (949) 223-7000    Fax:  (949) 223-7100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION<br><br>PLAINTIFF(S) | CASE NUMBER<br>13-cv-01995-MMM-PJWx |
| v. | |
| SPECIALTY MEATS, INC.; JAFACO HOLDING, INC.; DOES 1 through 10<br><br>DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, _Candice F. Boyd_ , _246289_ , _candice.boyd@bryancave.com_
     *Name*                *CA Bar ID Number*           *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following

party(s)

Defendant Jafaco Holding, Inc.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>     I ☐ consent ☐ do not consent to receive service of documents by electronic means in
>     accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the
       above-entitled cause of action
              PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____    New Facsimile Number _____
   New E-mail address _____

American LegalNet, Inc.
www.FormsWorkflow.com

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____  CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____  Facsimile Number _____
New E-mail address _____

☒ TO BE REMOVED FROM THE CASE: **

    ☒ I am ☒ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☒ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: June 14, 2013        /s/ Candice F. Boyd
                            *Signature of Attorney of Record / Attorney for the Firm*
                            BRYAN CAVE LLP

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**