STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR.
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J. WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA ••
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
KRISTINA L. HILLMAN •••
EMILY P. RICH
BRUCE A. HARLAND
CONCEPCIÓN E. LOZANO-BATISTA
CAREN P. SENCER
ANNE I. YEN
KRISTINA M. ZINNEN
JANNAH V. MANANSALA
MANUEL A. BOÍGUES ••••
KERIANNE R. STEELE •••
GARY P. PROVENCHER
EZEKIEL D. CARDER •••••
MONICA T. GUIZAR
SHARON A. SEIDENSTEIN

LISL R. DUNCAN
JORDAN D. MAZUR
JACOB J. WHITE
ADAM J. LUETTO
SEAN D. GRAHAM
DANIEL S. BROME
JOLENE KRAMER
STEPHANIE L. MARN ••
ANTHONY J. TUCCI

PATRICIA M. GATES, Of Counsel
ROBERTA D. PERKINS, Of Counsel
NINA FENDEL, Of Counsel
ANA M. GALLEGOS, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada
•••• Also admitted in Illinois
••••• Also admitted in New York

# WEINBERG, ROGER & ROSENFELD

## A Professional Corporation

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
TELEPHONE (510) 337-1001
FAX (510) 337-1023

July 23, 2013

The Honorable Margaret M. Morrow
United States District Court Judge
Roybal Federal Building, Courtroom 780
255 East Temple Street
Los Angeles, CA  90012

**Re:   Board of Trustees v. Specialty Meats Inc., et al.**
**        USDC-CD Case No. 2:13-cv-01995-MMM-PJW**

Dear Judge Morrow:

Pursuant to the Court's Scheduling Order (Document 19) and Order/Referral to ADR (Document 20), please be advised that the parties have mutually selected a private mediator.

Sincerely,

| | |
|---|---|
| Kristina M. Zinnen | Jay P. Warren |
| Weinberg, Roger &Rosenfeld | Bryan Cave LLP |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| _____/s/_____ | _/s/_____ |
| Kristina M. Zinen | Jay P. Warren |

KMZ:lda
opeiu 3 afl-cio(1)

127871/726524

LOS ANGELES OFFICE
800 Wilshire Boulevard, Suite 1320
Los Angeles, CA  90017-2607
TEL 213.380.2344 FAX 213.443.5098

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA  95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
Union Plaza
1136 Union Mall, Suite 402
Honolulu, HI  96813-4500
TEL 808.528.8880 FAX 808.528.8881