LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION FUND OF SOUTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALTY MEATS, INC.; JAFACO HOLDING, INC.; DOES 1 through 20,<br><br>Defendants. | No. 13-cv-01995-MMM-PJWx<br><br>**DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

I, KRISTINA M. ZINNEN, declare as follows:

1. I am an attorney at the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, California, 94501-1091, the attorneys for Plaintiffs in this matter. I have knowledge of the facts stated in this Declaration and I could and would testify competently thereto.

2. On July 23, 2013, after agreeing to a briefing schedule in this matter, Defendant Jafaco Holding, Inc. ("Jafaco") filed a Demand for Arbitration with the American Arbitration Association ("AAA"). A true and correct copy of the

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION
Case No. 13-cv-01995-MMM-PJWx

1  Demand for Arbitration is attached as **Exhibit A**.

2      3.    On August 2, 2013, Plaintiffs, the Board of Trustees of the Butcher and Provision Workers Pension Fund of Southern California ("Pension Fund") responded to the Demand for Arbitration by requesting an extension to answer and file a counterclaim until after the Court ruled on Defendant's Motion to Compel Arbitration. A true and correct copy of the Pension Fund's Request for Extension is attached as **Exhibit B**.

    4.    On August 15, 2013, the Pension Fund and Jafaco signed and submitted a Stipulation to Extend Deadline for Pension Fund to Answer and File Counterclaim with the AAA until fifteen days after the Court issues its Order on Jafaco's motion to compel arbitration. A true and correct copy of the Stipulation to Extend Deadline is attached as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of August 2013, at Alameda, California.

                      /s/ *Kristina Zinnen*
                      KRISTINA M. ZINNEN
                      Attorneys for Plaintiffs

127871/730210

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION
Case No. 13-cv-01995-MMM-PJWx