LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION FUND OF SOUTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALTY MEATS, INC.; JAFACO HOLDING, INC.; DOES 1 through 20,<br><br>Defendants. | No. 13-cv-01995-MMM-PJWx<br><br>**DECLARATION OF MICHAEL SCHUMACHER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

I, MICHAEL SCHUMACHER, declare:

1. I am Executive Vice President of Associated Third Party Administrators (hereinafter "Fund Office") and am the Fund Manager for several trust funds, including the Butcher and Provision Workers Pension Fund of Southern California (hereinafter "Pension Fund"), the Plaintiff in the above-captioned matter. My business address is 1640 South Loop Road, Alameda, California, 94502, and my business telephone number is (510) 337-3330. I have worked for ATPA for 31 years. In the course of my duties as the Fund Manager, I became familiar with the

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

DECLARATION OF MICHAEL SCHUMACHER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 13-CV-01995-MMM-PJWX

1. account of Specialty Meats, Inc. (hereinafter "Employer").  I therefore have personal knowledge of the matters stated herein and could competently testify to them if called upon to do so at trial.

2. As part of the normal course of business, my office maintains copies of all trust agreements, collective bargaining agreements, and other related documents for the Pension Fund, including copies of notices sent to participating employers.  I am familiar with these documents.

3. On or about April 30, 2009, there was a mass withdrawal of all participating employers from the Pension Fund.

4. On or about January 22, 2010, the Pension Fund sent a Notice of Initial Withdrawal Liability to the Employer. A true and correct copy of the Notice of Initial Withdrawal Liability is attached as **Exhibit A**.

5. On or about January 22, 2010, the Pension Fund sent a Notice of Redetermination Liability to the Employer. On or about January 25, 2010, the Pension Fund sent a letter explaining the schedule of payments. A true and correct copy of the Notice of Redetermination Liability with accompanying explanatory letter is attached as **Exhibit B**.

6. On or about July 26, 2010, the Pension Fund sent a Notice of Reallocation Liability to the Employer. A true and correct copy of the Notice of Reallocation Liability is attached as **Exhibit C**.

7. On or about April 18, 2011, the Employer initiated arbitration proceedings against the Pension Fund. A true and correct copy of the Notice of Arbitration is attached as **Exhibit D**.

8. On or about February 24, 2012, the Pension Fund received a copy of the Arbitrator's Decision and Order in the arbitration proceedings between the Pension Fund and the Employer. A true and correct copy of the Arbitrator's Decision and Order is attached as **Exhibit E**.

/ / /

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

DECLARATION OF MICHAEL SCHUMACHER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 13-CV-01995-MMM-PJWX

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed this 15th day of August 2013, at Alameda, California.
3  <u>/s/ Michael Schumacher</u>
4  MICHAEL SCHUMACHER

127871/730224

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

DECLARATION OF MICHAEL SCHUMACHER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 13-CV-01995-MMM-PJWX